IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:10CR3050 |
| | ) | |
| Plaintiff, | ) | MEMORANDUM |
| v. | ) | AND ORDER |
| | ) | |
| BOBBIE H. KEYS, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the findings and recommendation made by Magistrate Judge Cheryl R. Zwart (filing 36) and on the defendant's statement of objections (filing 39). Judge Zwart recommends that the defendant's motion to suppress and request for a *Franks* hearing (filing 27) be denied in all respects.

I have conducted a de novo review of the record. I find that inasmuch as the magistrate judge has fully, carefully, and correctly found the facts and applied the law, the findings and recommendation should be adopted, the statement of objections should be denied, and the defendant's motion should be denied in all respects.

IT IS ORDERED that:

1. the magistrate judge's findings and recommendation (filing 36) are adopted;

2. the defendant's statement of objections (filing 39) is denied; and

3. the defendant's motion to suppress and request for a *Franks* hearing (filing 27) is denied in all respects.

January 3, 2012.                    BY THE COURT:

*Richard G. Kopf*
United States District Judge