IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:10CR3050 |
| vs. | |
| BOBBIE H. KEYS, | ORDER |
| Defendant. | |

Defense counsel has moved to withdraw because Defendant is not entitled to relief under the First Step Act. (Filing No. 196).

IT IS ORDERED:

1) Defense counsel's motion to withdraw, (Filing No. 196), is granted. David Stickman is hereby withdrawn as counsel.

2) The clerk shall delete David Stickman from any future ECF notifications herein.

March 12, 2019.

BY THE COURT:
*s/ Cheryl R. Zwart*
United States Magistrate Judge